IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAR GASTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLEROI POLICE DEPARTMENT, WILLIAM GOODWIN, OFFICER BAKEWELL,<br><br>　　　　Defendants. | 2:21-CV-01330-CCW |

## **ORDER**

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 19, 2023, the Magistrate Judge issued a Report, ECF No. 53, recommending that Defendants Charleroi Police Department, William Goodwin, and Officer Bakewell's Motion to Dismiss Plaintiff Jamar Gaston's Complaint for Failure to Prosecute, Failure to Cooperate in Completing Discovery, Failure to Comply with Orders of the Court and Failure to Appear for a Scheduled Deposition pursuant to Federal Rules of Civil Procedure 41(b) and 37, ECF No. 49, be granted and this action dismissed.  Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Defendants' Motion to Dismiss, ECF No. 49, is GRANTED, the Complaint, ECF No. 4, is DISMISSED WITH PREJUDICE, and the Magistrate

2

Judge's Report and Recommendation, ECF No. 53, is adopted as the Opinion of the District Court.

    IT IS SO ORDERED.

    DATED this 7th day of June, 2023.

    BY THE COURT:

    /s/ Christy Criswell Wiegand
    CHRISTY CRISWELL WIEGAND
    United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via United States mail):

Jamar Gaston, pro se
862 Beach Street
Apt. 323
Washington, PA 15301

Jamar Gaston, pro se
Washington County Correctional Facility
100 W. Cherry Avenue
Washington, PA 15301